AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Hannah Bocker, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 21-cv-1174-MN |
| Hartzell Engine Technologies LLC, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hartzell Engine Technologies LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael J. Farnan
919 N. Market Street
12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ John A. Cerino

Date: _____

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| Case:<br>1:21-cv-01174-UNA | Court:<br>United States District Court for the District of Delaware | County:<br>New Castle, DE | Job:<br>6332993 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>HANNAH BOCKER, SARAH BOCKER and BARBARA BOCKER as Administrator of the Estate of GERARD BOCKER and BARBARA BOCKER, Individually | | **Defendant / Respondent:**<br>HARTZELL ENGINE TECHNOLOGIES LLC 2900 Selma Highway Montgomery, AL 36108; CONTINENTAL AEROSPACE TECHNOLOGIES, INC. f/k/a CONTINENTAL MOTORS, INC. 2039 S. Broad Street Mobile, AL 36615; and JOHN DOES 1-10; | |
| **Received by:**<br>DLS Discovery | | **For:**<br>Farnan LLP | |
| **To be served upon:**<br>Hartzell Engine Technologies LLC c/o Corporation Service Company | | | |

I, Chad Toscano, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Litigation Management Representative, 251 Little Falls Dr, Wilmington, DE 19808
**Manner of Service:** Registered Agent, Nov 10, 2021, 12:24 pm EST
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Nov 10, 2021, 12:24 pm EST at 251 Little Falls Dr, Wilmington, DE 19808 received by Litigation Management Representative.

_____   November 10, 2021
Chad Toscano                     Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

_____
Date

[Notary Seal: JEFFREY A. ___ , MY COMMISSION EXPIRES JULY 30, 2025, NOTARY PUBLIC, STATE OF DELAWARE]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Hannah Bocker, et al. <br><br> *Plaintiff(s)* <br> v. <br> Hartzell Engine Technologies LLC, et al. <br><br> *Defendant(s)* | Civil Action No. 21-cv-1174-MN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc.
c/o Cogency Global Inc.
850 New Burton Road
Suite 201
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael J. Farnan
919 N. Market Street
12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ John A. Cerino

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Continental Aerospace Technologies, Inc f/k/a Continental Motors, Inc
was received by me on *(date)* 11/10/2021 at 9:23 am.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Teresa Grandison at 9:23 am, who is designated by law to accept service of process on behalf of *(name of organization)* by acting as registered known as Cogency Global Inc on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/23/2021

*Server's signature*

Sean Boykevich/Parcels Inc
*Printed name and title*

1111B South Governors Ave
Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc: