# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HANNAH BOCKER, SARAH BOCKER and BARBARA BOCKER as Administrator of the Estate of GERARD BOCKER and BARBARA BOCKER, Individually )<br><br>Plaintiffs, )<br><br>v. )<br><br>HARTZELL ENGINE TECHNOLOGIES LLC<br>2900 Selma Highway<br>Montgomery, AL 36108; )<br><br>CONTINENTAL AEROSPACE TECHNOLOGIES, INC. f/k/a CONTINENTAL MOTORS, INC.<br>2039 S. Broad Street<br>Mobile, AL 36615; and JOHN DOES 1-10; )<br><br>Defendants. ) | C.A. NO.:1:21-cv-01174-MN<br><br>JURY TRIAL DEMANDED |

## DEFENDANT HARTZELL ENGINE TECHNOLOGIES LLC'S MOTION TO DISMISS PLAINTIFFS' CIVIL ACTION COMPLAINT OR, ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT

Defendant Hartzell Engine Technologies LLC, by and through its undersigned counsel, respectfully moves this Honorable Court to dismiss Plaintiffs' Complaint or Alternatively a More Definite Statement. The points and authorities supporting this Motion are set forth in the Opening Brief filed simultaneously with this Motion.

**MARGOLIS EDELSTEIN**
*/s/ Krista M. Reale*
Krista M. Reale, Esq. (DE Id. #4748)
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 404-4785
kreale@margolisedelstein.com
Attorneys for Defendant Hartzell Engine Technologies LLC

**DATED:** November 30, 2021