**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HANNA BOCKER, SARAH BOCKER and BARBARA BOCKER as Administrator of the Estate of GERARD BOCKER and BARBARA BOCKER, Individually<br><br>Plaintiff,<br><br>v.<br><br>HARTZELL ENGINE TECHNOLOGIES, CONTINENTAL AEROSPACE TECHNOLOGIES, INC. f/k/a CONTINENTAL MOTORS, INC.<br><br>Defendants. | C.A. No.:21-cv-01174- MN |

## **ORDER**

UPON CONSIDERATION of Defendant Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc.'s ("Continental") Motion to Dismiss for Failure to State a Claim upon which Relief may be Granted and/or for a Stay of Proceedings, IT IS HEREBY ORDERED on this _____ day of _____, 2021/22, that Continental's Motion is GRANTED.

Plaintiffs' claims and causes of action against Continental set forth in the Amended Complaint (D.I. 9) are dismissed without prejudice, and this matter is hereby stayed in all other respects until further order of this Court.

_____

Hon. Maryellen Noreika