# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HANNA BOCKER, SARAH BOCKER and BARBARA BOCKER as Administrator of the Estate of GERARD BOCKER and BARBARA BOCKER, Individually<br><br>Plaintiff,<br><br>v.<br><br>HARTZELL ENGINE TECHNOLOGIES, CONTINENTAL AEROSPACE TECHNOLOGIES, INC. f/k/a CONTINENTAL MOTORS, INC.<br><br>Defendants. | C.A. No.:21-cv-01174- MN |

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 BY CONTINENTAL AEROSPACE TECHNOLOGIES, INC. f/k/a CONTINENTAL MOTORS, INC.

Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc. ("Continental") is a wholly owned subsidiary of Continental Aerospace Technologies Limited, a Hong Kong corporation, which itself is a wholly owned subsidiary of Continental Aerospace Technologies Holding Limited, a Bermuda corporation. Continental Aerospace Technologies Holding Limited is publicly traded on the Hong Kong Stock Exchange.

Respectfully submitted,

WILKS LAW, LLC

*/s/ Andrea S. Brooks*
Andrea S. Brooks (DE Bar No. 5064)
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
Telephone: (302) 225-0850
Facsimile: (302) 225-0851
abrooks@wilks.law

Laurie A. Salita
SKINNER LAW GROUP
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
(484) 875-3159
salita@skinnerlawgroup.com

(pro hac vice admission pending)


*Attorneys for Defendant Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc.*

Dated: December 28, 2021