IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HANNAH BOCKER, SARAH BOCKER and BARBARA BOCKER as Administrator of the Estate of GERARD BOCKER and BARBARA BOCKER, Individually | ) ) ) ) ) | C.A. NO.:1:21-cv-01174-MN |
| Plaintiffs, v. | ) ) | |
| HARTZELL ENGINE TECHNOLOGIES LLC | ) ) ) | |
| CONTINENTAL AEROSPACE TECHNOLOGIES, INC. f/k/a CONTINENTAL MOTORS, INC. | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

**DEFENDANT HARTZELL ENGINE TECHNOLOGIES LLC'S OPPOSITION TO A STAY OF THE PROCEEDINGS.**

Defendant Hartzell Engine Technologies LLC, ("HET"), by and through its undersigned counsel, respectfully opposes a Stay of the Proceedings for the reasons that follow.

Unlike the action pending in the Supreme Court of New York, Dutchess County, all parties agree this Court has jurisdiction over this matter as evidenced by the fact that Plaintiffs filed their Complaint here and no defendant has filed a motion to dismiss on jurisdictional grounds. There are still disputes in New York over jurisdiction. There is no dispute here. Further, both cases are in their infancy. Awaiting any resolution in the Supreme Court of New York, Dutchess County, will only delay the resolution of this action. Any rulings on the jurisdictional motions in New York are subject to an appeal as of right. Any such appeals could result in a delay of years. Any delay is prejudicial to HET as witnesses' memories can fade with the passage of time.

WHEREFORE, HET respectfully requests the Court deny the parties' request for a stay.

        **MARGOLIS EDELSTEIN**
        */s/ Krista M. Reale*
        Krista M. Reale, Esq. (DE Id. #4748)
        300 Delaware Avenue, Suite 800
        Wilmington, DE 19801
        (302) 404-4785
        kreale@margolisedelstein.com
        Attorneys for Defendant Hartzell Engine
        Technologies LLC


        Linda J. Schneider, Esq. (*pro hac vice*)
        TRESSLER LLP
        233 S. Wacker Dr., 61st Floor
        Chicago, IL 60606
        (312) 627-4202
        lschneider@tresslerllp.com
        Attorneys for Defendant Hartzell Engine
        Technologies LLC

**DATED:**      January 19, 2022