

**ANDREA S. BROOKS**
Direct Phone: 302.225.0861
Email: abrooks@wilks.law

February 18, 2022

<u>**VIA E-FILING**</u>
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801-3555

      Re: ***Hannah Bocker, et. al. v. Hartzell Engine Technologies, LLC, et. al.***
         **C.A No.: 1:21-cv-01174-MN**

Dear Judge Noreika,

      This firm along with the Skinner Law Group represents Continental Aerospace Technologies, Inc. ("Continental") in the above captioned matter. Continental has complied with the Court's January 19, 2022 Order by working with the parties to submit a proposed scheduling order, but Continental nevertheless respectfully objects to entry of that order at this juncture of the litigation because:

•      Continental has filed a Motion to Dismiss and resolution thereof may obviate the need for any scheduling order if Plaintiffs' claims against Continental are dismissed. Alternatively, the court's disposition of that motion may render the

deadlines set forth in any proposed scheduling order moot if the court elects to enter a stay of proceedings; and

•       Plaintiffs' simultaneously pending litigation in New York State Court (Bocker et al, v. Hergin Aviation, et al., No 2021-53475, Supreme Court of the State of New York, Dutchess County) is stayed pursuant to CPLR 3214(b) until that court rules on Continental's motion to dismiss for lack of personal jurisdiction in New York. Accordingly, and for the reasons set forth in Continental's Motion to Dismiss pending before this Court, Plaintiffs should not be permitted to sidestep CPLR 3214(b) and proceed with discovery here.

Continental remains available to discuss these matters with all parties and the Court, and as always, appreciates this Court's consideration.

Very truly yours,

/s/ Andrea S. Brooks

Andrea S. Brooks
(DE Bar #5064)

ASB/nea