## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HANNA BOCKER, SARAH BOCKER and BARBARA BOCKER as Administrator of the Estate of GERARD BOCKER and BARBARA BOCKER, Individually <br><br> Plaintiff, <br><br> v. <br><br> HARTZELL ENGINE TECHNOLOGIES, CONTINENTAL AEROSPACE TECHNOLOGIES, INC. f/k/a CONTINENTAL MOTORS, INC. <br><br> Defendants. | C.A. No. 1:21-cv-01174- MN |

### NOTICE OF SERVICE

I, Andrea S. Brooks, Esquire, do hereby certify that on this 1st day of March, 2022, a copy of **Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc's Rule 26 Initial Disclosures** and this **Notice of Service** was served upon the following counsel of record via electronic mail on March 1, 2022.

Krista M. Reale, Esquire
MARGOLIS EDELSTEIN
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
kreale@margolisedelstein.com

Joseph James Farnan , III
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
jjfarnan@farnanlaw.com

                                                       WILKS LAW, LLC

                                                       */s/ Andrea S. Brooks*
Andrea S. Brooks (DE Bar No. 5064)
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
Telephone: (302) 225-0850
Facsimile: (302) 225-0851
abrooks@wilk.law

Laurie A. Salita
SKINNER LAW GROUP
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
Telephone: (484) 875-3159
salita@skinnerlawgroup.com
(admitted *pro hac vice*)

Dated: March 1, 2022                *Attorneys for Defendant Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc.*