

ANDREA S. BROOKS
Direct Phone: 302.225.0861
Email: abrooks@wilks.law

March 9, 2022

**VIA E-FILING**
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801-3555

Re: *HANNA BOCKER ET AL., v. HARTZELL ENGINE TECHNOLOGIES LLC et al.*, C.A. No. 21-cv-1174

Judge Burke:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date(s): Thursday, March 3, 2022.

Andrea S. Brooks (DE Bar No. 5064)
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
302-225-0850

Laurie A. Salita
SKINNER LAW GROUP
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
484-875-3159

*Attorneys for Defendant Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc.*

Michael J. Farnan (DE Bar No. 5165)
Farnan LLP
919 N. Market St., 12 Fl.
Wilmington, DE 19801
302-777-0300

Michael S. Miska Esq.
The Wolk Law Firm
1710-12 Locust St.
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

The dispute requiring judicial attention is listed below:

The timing of Plaintiffs' in-person engine wreckage inspection which is presently scheduled on March 23-24, 2022 in Marietta, Georgia.

The parties appreciate the Court's assistance to resolve the foregoing dispute.

Very truly yours,

*/s/ Andrea S. Brooks*

Andrea S. Brooks
(DE Bar #5064)

ASB/nea