# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HANNA BOCKER, SARAH BOCKER and BARBARA BOCKER as Administrator of the Estate of GERARD BOCKER and BARBARA BOCKER, Individually <br><br> Plaintiff, <br><br> v. <br><br> HARTZELL ENGINE TECHNOLOGIES, CONTINENTAL AEROSPACE TECHNOLOGIES, INC. f/k/a CONTINENTAL MOTORS, INC. <br><br> Defendants. | C.A. No. 1:21-cv-01174- MN-CJB |

## PLAINTIFFS' AND CONTINENTAL AEROSPACE TECHNOLOGIES, INC. f/k/a CONTINENTAL MOTORS, INC.'S ("CONTINENTAL'S") JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiffs and Continental jointly and respectfully move the Court to schedule a teleconference to address an outstanding dispute regarding discovery matters. Unless otherwise ordered, upon receiving a date and time for such teleconference, the parties will provide submissions and present their respective positions in accordance with the Court's directives in its Form Scheduling Order for Non-Patent cases, Revised March 2017.

Respectfully submitted,

| | |
|---|---|
| FARNAN LLP | WILKS LAW, LLC |
| | |
| /s/ Michael J. Farnan | /s/ Andrea S. Brooks |
| Michael J. Farnan (DE Bar No. 5165) | Andrea S. Brooks (DE Bar No. 5064) |
| 919 N. Market St., 12 Fl. | 4250 Lancaster Pike, Suite 200 |
| Wilmington, DE 19801 | Wilmington, DE 19805 |
| 302-777-0300 | 302-225-0850 |

Michael S. Miksa. Esq.
The Wolk Law Firm
1710-12 Locust St.
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

Laurie A. Salita
SKINNER LAW GROUP
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
484-875-3159

*Attorneys for Defendant Continental Aerospace*