

March 10, 2022

**VIA E-FILING**
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

    Re:    *Bocker. et al. v. Hartzell Engine Technologies LLC, et al.*
               <u>C.A. No. 21-cv-1174-MN-CJB</u>

Dear Judge Noreika:

Pursuant to Your Honor's Oral Order (D.I. 28), the parties do not consent to a magistrate's jurisdiction for this action.

We are available at the Court's convenience should Your Honor have any questions.

                            Respectfully submitted,

                            /s/ Brian E. Farnan

                            Brian E. Farnan

cc: Counsel of Record (Via E-Filing)