EXHIBIT A



**THE WOLK LAW FIRM**
**AIRLAW**

1710-12 Locust Street
Philadelphia, PA 19103
215-545-4220 Fax 215-545-5252
E-mail: airlaw@airlaw.com
www.airlaw.com

Arthur Alan Wolk
Cynthia M. Devers
Michael S. Miska
Alan D. Mattioni

January 20, 2022

TO:  Interested Parties
     *(See Attached List)*

Re:  Cessna T303 Crusader – N303TL
     Date of Accident:  August 18, 2019
     <u>Location:  235 South Smith Road, Lagrangeville, NY</u>

Dear Folks:

Plaintiffs have re-scheduled an inspection for March 23-24, 2022.  This inspection will take place at Applied Technical Services, Inc., 1049 Triad Court, Marietta, GA  30062.  The inspection will begin at 9:00 a.m. and continue until complete.  A protocol is enclosed.

You are invited to participate if you wish.  If you wish to participate via video, please contact our office so that we may make arrangements with the facility.

Very truly yours,

MICHAEL S. MISKA

MSM/vg

Enclosure

**Bocker**
**N303TL – Cessna Crusader**
**Inspection Parties Service List**

| | |
|---|---|
| J. Denny Shupe<br>Robert Williams<br>Lee C. Schmeer<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>jshupe@schnader.com<br>rwilliams@schnader.com<br>lschmeer@schnader.com<br><br>Michael L. Kenny Jr.<br>Wiggin and Dana LLP<br>437 Madison Avenue, 35th Floor<br>New York, NY 10022<br>mkenny@wiggin.com<br><br>Kevin M. Smith<br>Wiggin and Dana LLP<br>265 Church Street<br>New Haven, CT 06510<br>ksmith@wiggin.com<br><br>*Counsel for Cessna Aircraft Company d/b/a n/k/a Textron Aviation, Inc.* | Gary A. Gardner<br>Cunningham Swaim, LLP<br>200 Broadhollow Road, Suite 207<br>Melville, NY 11747<br>gagardner@cunninghamswaim.com<br><br>Andrea S. Brooks, Esq.<br>Wilks Law, LLC<br>4250 Lancaster Pike<br>Wilmington, DE 19805<br>abrooks@wilks.law<br><br>*Counsel for Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc.* |
| Keith S. Yamaguchi<br>KMA Zuckert LLC<br>200 West Madison Street, 16th Floor<br>Chicago, Illinois 60606<br>kyamaguchi@kmazuckert.com<br><br>*Counsel for South TecAviation* | David S. Rutherford<br>Rutherford & Christie, LLP<br>800 Third Avenue, 9th Floor<br>New York, NY 10022<br>dsr@rutherfordchristie.com<br><br>Christopher M. Hennessey<br>Cohen Kinne Valicenti & Cook LLP<br>28 North Street, 3rd Floor<br>Pittsfield, Massachusetts 01201<br>chennessey@cohenkinne.com<br>jdew@cohenkinne.com<br><br>*Counsel for Berkshire Aviation Ent., Inc., Berkshire Aviation Holdings, Inc. and Berkshire Aviation Enterprises, LLC* |

| | |
|---|---|
| Paul A. Lange<br>Alison Squiccimarro<br>Law Offices of Paul A. Lange<br>80 Ferry Boulevard<br>Stratford, CT  06615<br>pal@lopal.com<br>als@lopal.com<br><br>*Counsel for Pine Mountain Aviation, LLC* | Linda J. Schneider, Esq.<br>Tressler LLP<br>233 S. Wacker Drive, 61st Fl.<br>Chicago, IL  60606<br>lschneider@tresslerllp.com<br><br>Michael J. Crowley<br>Samantha M. Diorio<br>Connell Foley LLP<br>888 Seventh Avenue, 9th Floor<br>New York, NY   10106<br>mcrowley@connellfoley.com<br>sdiorio@connellfoley.com<br><br>Krista M. Reale, Esq.  (DE Bar ID 4748)<br>300 Delaware Ave., Suite 800<br>Wilmington, DE  19801<br>kreale@margolisedelstein.com<br><br>*Counsel for Hartzell Engine Technologies & Hartzell Propeller* |
| Gregory K. Lee, Esq.<br>Wilson Elser Moskowitz, Edelman & Dicker, LLP<br>555 S. Flower Street - Suite 2900<br>Los Angeles, CA  90071-2407<br>Gregory.lee@wilsonelser.com<br><br>*Counsel for Instrument Tech Corp.* | J. Bruce McKissock, Esq.<br>Marshall Dennehey<br>620 Freedom Business Center – Suite 300<br>King of Prussia, PA  19406<br>jbmckissock@mdwcg.com<br><br>*Counsel for New England Propeller Service* |
| Mark R. Bernstein, Esq.<br>Sanders, Sanders, Block, Woycik Viener & Grossman, P.C.<br>100 Herricks Road<br>Mineola, NY  11501<br>mbernstein@thesandersfirm.com<br><br>*Counsel for Eduardo Jose Tio and Emma Gomez; Telofilo Antonio Diaz Pratt & Orlidy Inoa* | Anthony M. Defazio, Esq.<br>355 Main Street<br>Beacon, NY  12508<br>anthonydefaziolaw@gmail.com<br><br>*Counsel for Sarah Bocker* |

| | |
|---|---|
| Paul G. Roche, Esq.<br>Litchfield Cavo LLP<br>420 Lexington Ave., Suite 2104<br>New York, NY  10170<br>roche@litchfieldcavo.com<br><br>*Counsel for Estate of Francisco Knipping-Diaz, Knipping-Diaz and Associates, Inc. and Pegasus Aviation, Inc.* | Fred G. Wexler, Esq.<br>Brown, Gavalas & Fromm LLP<br>505 Fifth Avenue<br>New York, NY  10017<br>fgw@browngavalas.com<br><br>*Counsel for Sky Acres Enterprises, Inc. and Hergin Aviation,Inc.* |
| Carolina Avionics Group, LLC<br>3650 Airport Loop Road<br>Salisbury, NC  28147 | Garmin International, Inc.<br>1200 East 151st Street<br>Olathe, KS  66062 |
| Eric Edward Amundson<br>301 1st Avenue N<br>Humboldt, IA  50548-2507 | Exec 1 Aviation<br>3700 SE Convenience Blvd<br>Ankeny, IO  50021 |
| Fort Dodge Flight Support<br>1639 Nelson Avenue, Suite 4<br>Fort Dodge, IA  50501 | Jet Air, Inc.<br>1801 S. Riverside Drive<br>Iowa City, IA  52246 |
| Acorn Welding<br>10916-119 Street<br>Edmonton, Alberta<br>CANADA, T5H 3P4<br>*Via Fax:  1-780-447-5980* | Aircraft Specialties Services Inc.<br>2860 North Sheridan Road<br>Tulsa, OK  74115<br>*Via Fax:  918-836-4419* |
| South Coast Propeller Service, Inc.<br>5750 Durose Drive<br>Bessemer, AL  35022 | McCauley Propeller<br>10511 East Central<br>Wichita, KS  67206 |
| Kelly Aerospace<br>1400 East South Boulevard<br>Montgomery, AL  36116 | Kelly Power Systems<br>1404 East South Boulevard<br>Montgomery, AL  36116 |
| Des Moines Flying Service, Inc.<br>Attn:  Lawrence Belmont<br>P.O. Box 35126<br>Des Moines, IO  50315-0302<br>Lawrence.belmont@mclarens.com | Approved Turbo Components<br>Attn:  Michael Rogers<br>663 Second Lane<br>Vero Beach, FL  32962<br>mike@approvedturbo.com |

# INSPECTION PROTOCOL

**Crash of Cessna T303 Crusader, N303TL**
Date of Accident: August 18, 2019

**Applied Technical Services (ATS)
1049 Triad Court
Marietta, GA 30062**

An inspection of the wreckage will take place on March 23-24, 2022, at the facility of Applied Technical Services beginning at 9:00 a.m. Parts will be marked as needed during the disassembly and wreckage lay-out. Cleaning of parts to remove surface dirt and contaminants will take place. All foreign matter removed will be preserved. All procedures will be photo documented. Video without sound will be taken. No audio recording will be permitted.

Further, if during the inspection a participant requests operational testing of a component at another location before disassembly of that component, that opportunity will be accorded and the component will not be disassembled, provided disassembly has not already taken place prior to this inspection.

The protocol for the inspection is as follows:

The component boxes received from Anglin Aircraft Recovery Services will be opened in the presence of the attendees. The engine and components will be made accessible by laying them out on tables for examination and photographs. Select component parts will be measured and inspected. Optical microscopy and photography may be used as needed for analysis.

The Turbocharger Bearing Housings will be segregated from the turbocharger assemblies through normal disassembly techniques, as possible. Due to their condition, disassembly may involve the use of hand tools or cutting methods to remove shrouds and melted material. Photography will be permitted during each stage of disassembly.

Once the bearing housings are segregated, they will be prepared for EDM sectioning in order to liberate the journal bearings from the bearing housing bores.

> NOTE: A wire cut electrical discharge machine (EDM) will be used to section the bearing housing. The wire EDM is a very precise, non-contact method of cutting conductive materials. The Bearing housing will be EDM sectioned, making two cuts to the depth of the bearing retaining rings as illustrated in Figure 1 below. If necessary, a wedge type chisel may be used to break through a small remaining ligament of bearing housing material at the hub-bore end of the housing in order to complete the sectioning of the housing.





Figure 1: EDM Cuts

Once cut via EDM, the inspection will include the following:

1) Document components with optical/stereomicroscopy.
2) Conduct dimensional evaluations of select parts using micrometers, dial calipers, and pin-gages and CMM, as appropriate.
3) Remove selected portions of components via agreed upon sectioning method(s).
4) Examine/document turbo component, as necessary, in the scanning electron microscope (SEM) with energy dispersive spectroscopy (EDS) for compositional analysis.
5) If necessary, clean select surfaces utilizing ultrasonic cleaning in a detergent solution or other cleaning agents, utilization of a soft polymer brush may also be employed.

6) If necessary, re-examine/document artifacts in the scanning electron microscope (SEM) with energy dispersive spectroscopy (EDS) for compositional analysis.
7) If necessary, section select turbine blade specimens for metallographic evaluation.
8) Prepare, evaluate, and document metallographic specimens as needed.
9) Prepare and conduct additional evaluations such as mechanical testing, hardness testing, and chemical analysis.

Due to the potentially time-consuming process of the EDM cutting, one turbocharger housing may be inspected while the other housing is undergoing the EDM cutting process in order to preserve time and resources of the attendees.

The additional components received from Anglin Aircraft recovery services will be laid out and made available for inspection. Inspection may utilize stereomicroscopy, FTIR, EDS and SEM and/or borescope inspection.

At the conclusion of the inspection, those parts which are of further interest will be segregated, labeled and appropriately packaged for shipment to a facility for further evaluation of the parts. Avionics and other electronics may be removed from the wreckage and segregated, to allow future inspection and to protect them from exposure to the elements. The segregated items will be bagged separately but stored with the balance of components. All components will be placed in a secure storage for preservation.