EXHIBIT E

HON. HAL B. GREENWALD, SUPREME COURT JUSTICE

---

Hannah Bocker, et al.,

　　　　　　　　　　　　　Plaintiffs,

-against-

Estate of Francisco Knipping, Pegasus Aviation Inc.
Sky Acres Enterprises Inc., John Doe

**PRELIMINARY CONFERENCE, STIPULATION & ORDER**
(§ 202.12 & 202.19 of the Uniform Rules)

INDEX NO. 2019-53513

Conference Date: July 13, 2021
Discovery Completion Date:
　　Expedited (8 mos.)
　　Standard (12 mos.)
　　Complex (15 mos.) 10/13/2022

**ALL ITEMS ON THIS FORM MUST BE COMPLETED, WRITE "NOT APPLICABLE" (N/A) WHERE APPROPRIATE.**

It is hereby STIPULATED and ORDERED that disclosure shall proceed as follows:

(1) **Insurance Coverage:** If not already provided, shall be furnished by defendants on or before August 31, 2021.

(2) **Bill of Particulars:** To the extent not already provided
　a. Demand for a Bill of Particulars shall be served by ___N/A___ on or before _____.
　b. Bill of Particulars shall be served by All plaintiffs on or before August 15, 2021.
　c. A Supplemental Bill of Particulars shall be served by Plaintiffs, Hannah Bocker and Barbara Bocker _____ as to items, below _____ on or before August 31, 2021 _____.

(3) **Medical Reports and Authorizations:**
Shall be served as follows: Autho for all medical reports and records will be produced by plaintiffs' counsel on or before August 15, 2021 to the extent not already provided. Plaintiff Hannah Bocker will provide updated medical authorizations with the correct address for counsel for defendants, Sky Acres Airport and HerGin Aviation by August 15, 2021.

(4) **Physical Examination:**
　a. Examination of each injured plaintiff shall be held within 60 days of that plaintiff's deposition.
　b. A copy of the physician's report shall be furnished to plaintiff within 45 days days of the examination.

(5) **Depositions:** Depositions of
　[ ] Plaintiff(s)　　　[ ] Defendant(s)　　　[X] All Parties
Shall be held and completed no later than 12/15/2021 _____.

(6) **Other Disclosures:**
　a. All parties, on or before 8/31/2021, shall exchange names and addresses of all witnesses, statements of opposing parties and photographs, or, if none, provide an affirmation to that effect.
　b. Authorization for plaintiff(s)' employment records for the period 2018-Present _____, shall be furnished on or before 8/31/2021 _____.
　c. Demand for discovery and inspection shall be served by all parties on or before 8/31/2021. The items sought shall be produced to the extent not objected to, and objections, if any, shall be stated on or before 10/13/2021.
　d. Accident reports prepared in the regular course of business shall be exchanged pursuant to CPLR 3101(g) by 8/31/2021.
　e. Other [interrogatories (CPLR 3131), etc.]. N/A
　f. Plaintiff shall provide authorizations for the following collateral source providers (CPLR 4545) within 45___ days.

(7) <u>**End Date for All Disclosures**</u> [must be within 12 months, or 15 months for a complex case]. **10/13/2022**.

(8) <u>**Impleader**</u>: Motion(s) to amend the pleadings, or to add parties. Shall be completed on or before **7/13/2022**.

(9) <u>**Compliance Conference**</u> shall be held on **May 17, 2022** at **10:00 a.m.** to monitor the progress of discovery, explore potential settlement, and set a deadline for filing of the Note of Issue.

(10) <u>**Expert Disclosure**</u>:
Plaintiff(s) shall provide expert disclosure by **11/30/2022**_____.
Defendant(s) shall provide expert disclosure by **1/18/2023**_____.

A response to any demand made pursuant to CPLR §3101(d)(1) shall be made within 30 days of retaining such expert, but in no event later than 90 days prior to trial. Opposing party shall serve its disclosure within 45 days.

(11) <u>**Note of Issue**</u>: **Parties** shall file a note of issue/certificate of readiness on or before_____.

(12) <u>**Motions**</u>: Any dispositive Summary Judgment Motion(s) shall be made within 60 days of the filing of the Note of Issue.

All motions and answering papers are ordered to be filed <u>directly</u> with the Dutchess County Clerk. *No papers will be accepted by chambers without proof of the filing fees having been paid.*

(13) The parties shall ensure that a stipulation of discontinuance shall be promptly filed if the case settles before the next meeting with the Court.

(14) All parties shall comply with this part's rules.

Failure to comply with any of these directives may result in the imposition of costs or sanctions or other action authorized by law.

_____
Thomas G. Cascione
Cascione Purcigliotti and Galluzzi P.C.
274 White Plains Road
2nd Floor, Suite 6
Eastchester, NY 10709-4419
(914) 961-1263
*Attorney for Plaintiffs Hannah Bocker, Barbara Bocker as Administrator of the Estate of Gerard Bocker and Barbara Bocker Individually*

/s/ *Michael S. Miska*
_____
Michael S. Miska *(Admitted Pro Hac Vice)*
The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103
T: (215) 545-4220
F: (215) 545-5252
mmiska@airlaw.com
*Attorney for Plaintiffs Hannah Bocker, Barbara Bocker as Administrator of the Estate of Gerard Bocker and Barbara Bocker Individually*

/s Anthony DeFazio
_____
Anthony Defazio Law Firm, PC
355 Main Street
Beacon, NY 12508

/s Mark R Bernstein
_____
Mark R. Bernstein, Esq.
Sanders, Sanders, Block, Woycik, Viener & Grossman, P.C.

T: 845-831-3606
anthonydefaziolaw@gmail.com
*Attorney for Plaintiff Sarah Bocker*

100 Herricks Road
Mineola, NY 11501
T: 516-741-5252
F: 516-741-0799
888-727-8136
mbernstein@thesandersfirm.com
*Attorney for Plaintiffs Eduardo Jose Tio and Emma Gomes and Teofilo Antonio Diaz Pratt & Orlidy Inoa*

/s Paul G. Roche

Paul G. Roche, Esq.
Dana M. Ricci, Esq.
Litchfield Cavo LLP
420 Lexington Avenue, Suite 2104
New York, NY 10170
T: (860) 413-2800
roche@litchfieldcavo.com
*Attorneys for Defendant Pegasus Aviation, Inc. And the Estate of Francisco Knipping, Diana Knipping-Diaz as Administrator of The Estate of Francisco Knipping-Diaz and Knipping-Diaz and Associates Inc.*

Robert J. Brown, Esq.
Fred G. Wexler, Esq.
Brown Gavalas & Fromm LLP
60 East 42nd Street, Suite 4600
New York, NY 10165
T: 212-983-8500
fgw@browngavalas.com
*Attorneys for Defendant Sky Acres Enterprises, Inc. and Hergin Aviation Inc.*

**SO ORDERED:**

Dated: 08/08/21

**HON. HAL B. GREENWALD, J.S.C.**

## ADDITIONAL DIRECTIVES

In addition to the directives set forth on the annexed pages, it is further ORDERED as follows:

Plaintiff, Hannah Bocker to respond to defendant, Sky Acres Enterprises, Inc.'s Combined Discovery Demands, dated January 8, 2020 by August 31, 2021. Plaintiff, Barbara Bocker, Individually and as Administrator of the Estate of Gerard Bocker, shall respond to Notice for Discovery and Inspection, dated January 16, 2021, propounded by defendants Sky Acres Enterprises, Inc. and HerGin Aviation, Inc, by August 31, 2021. Defendants, Sky Acres Enterprises, Inc. and HerGin Aviation, Inc. shall respond to the Notice to Produce, dated January 28, 2021, propounded by plaintiffs, Hannah Bocker and Barbara Bocker by August 31, 2021. Plaintiff, Barbara Bocker, shall serve a Supplemental Bill of Particulars to defendants, Sky Acres Enterprises, Inc. and HerGin Aviation, Inc. as to item nos. 10 and 11 (specify specific statutes, regulations, etc. that were violated), and 18(a) (lost earnings for decedent) by August 31, 2021. Plaintiff, Hannah Bocker, shall serve a Supplemental Bill of Particulars to defendants, Sky Acres Enterprises, Inc. and HerGin Aviation, Inc. as to item nos. 9-10 (specify specific statutes, regulations, etc. that were violated) and 16(b)-(e) (special damages).

So Ordered:
Dated: 08/09/21

Hon. Hal B. Greenwald, J.S.C.

# NYSCEF - New York State Courts Electronic Filing (Live System)

<< Return to **Search Results**

## 2019-53513 - Dutchess County Supreme Court

Short Caption: **Hannah Bocker et al v. Estate of Francisco Knipping et al**
Case Type: **Torts - Other (airplane crash)**
Case Status: **Active**
eFiling Status: **Partial Participation Recorded**
Assigned Judge: **Christie D'Alessio**

### Narrow By Options

Document Type: Please select...   Filed By:
Please select...
Motion Info: Please select...   Filed Date:
☐ thru ☐
Document Number:
Display Document List with Motion Folders

Sort By: Doc #

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT *Corrected* | Cascione, T. Filed: 08/29/2019 Received: 08/29/2019 | Processed Confirmation Notice |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | Cascione, T. - filed by AAA Attorney Service Co of NY Filed: 12/13/2019 Received: 12/13/2019 | Processed Confirmation Notice |
| 3 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Cascione, T. - filed by AAA Attorney Service Co of NY Filed: 12/13/2019 Received: 12/13/2019 | Processed Confirmation Notice |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE *Aff Serv as to def Sky Acres Enterprises Inc.* | Murtha, K. Filed: 12/23/2019 Received: 12/23/2019 | Processed Confirmation Notice |
| 5 | ANSWER | Roche, P. Filed: 01/08/2020 Received: 01/08/2020 | Processed Confirmation Notice |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE | Roche, P. Filed: 01/08/2020 Received: 01/08/2020 | Processed Confirmation Notice |
| 7 | ANSWER | Wexler, F. Filed: 01/08/2020 Received: 01/08/2020 | Processed Confirmation Notice |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE *Affidavit of mailing* | Murtha, K. Filed: 01/10/2020 Received: 01/10/2020 | Processed Confirmation Notice |
| 9 | NOTICE OF DISCOVERY AND INSPECTION | Murtha, K. Filed: 01/10/2020 Received: 01/10/2020 | Processed Confirmation Notice |
| 10 | NOTICE OF DEPOSITION UPON ORAL EXAMINATION | Murtha, K. Filed: 01/10/2020 Received: 01/10/2020 | Processed Confirmation Notice |
| 11 | NOTICE OF DEPOSITION UPON ORAL EXAMINATION | Murtha, K. Filed: 01/10/2020 Received: 01/10/2020 | Processed Confirmation Notice |
| 12 | NOTICE OF MOTION (Motion #1) | Murtha, K. Filed: 07/14/2020 Received: 07/14/2020 | Processed Confirmation Notice |
| 13 | AFFIDAVIT OR AFFIRMATION IN SUPPORT (Motion | Murtha, K. | Processed |

<< Return to **Search Results**

## 2019-53513 - Dutchess County Supreme Court

Short Caption: Hannah Bocker et al v. Estate of Francisco Knipping et al
Case Type: **Torts - Other (airplane crash)**
Case Status: **Active**
eFiling Status: **Partial Participation Recorded**
Assigned Judge: **Christie D'Alessio**

### Narrow By Options

Document Type: Please select...          Filed By:
Please select...
Motion Info:   Please select...          Filed Date:
               📅 thru 📅
Document
Number:        Display Document List with Motion Folders 📂

Sort By: Doc #

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT *Corrected* | Cascione, T. Filed: 08/29/2019 Received: 08/29/2019 | **Processed** Confirmation Notice |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | Cascione, T. - filed by AAA Attorney Service Co of NY Filed: 12/13/2019 Received: 12/13/2019 | **Processed** Confirmation Notice |
| 3 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Cascione, T. - filed by AAA Attorney Service Co of NY Filed: 12/13/2019 Received: 12/13/2019 | **Processed** Confirmation Notice |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE *Aff Serv as to def Sky Acres Enterprises Inc.* | Murtha, K. Filed: 12/23/2019 Received: 12/23/2019 | **Processed** Confirmation Notice |
| 5 | ANSWER | Roche, P. Filed: 01/08/2020 Received: 01/08/2020 | **Processed** Confirmation Notice |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE | Roche, P. Filed: 01/08/2020 Received: 01/08/2020 | **Processed** Confirmation Notice |
| 7 | ANSWER | Wexler, F. Filed: 01/08/2020 Received: 01/08/2020 | **Processed** Confirmation Notice |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE *Affidavit of mailing* | Murtha, K. Filed: 01/10/2020 Received: 01/10/2020 | **Processed** Confirmation Notice |
| 9 | NOTICE OF DISCOVERY AND INSPECTION | Murtha, K. Filed: 01/10/2020 Received: 01/10/2020 | **Processed** Confirmation Notice |
| 10 | NOTICE OF DEPOSITION UPON ORAL EXAMINATION | Murtha, K. Filed: 01/10/2020 Received: 01/10/2020 | **Processed** Confirmation Notice |
| 11 | NOTICE OF DEPOSITION UPON ORAL EXAMINATION | Murtha, K. Filed: 01/10/2020 Received: 01/10/2020 | **Processed** Confirmation Notice |
| 12 | NOTICE OF MOTION (Motion #1) | Murtha, K. Filed: 07/14/2020 Received: 07/14/2020 | **Processed** Confirmation Notice |
| 13 | AFFIDAVIT OR AFFIRMATION IN SUPPORT (Motion | Murtha, K. | **Processed** |

| | | | |
|---|---|---|---|
| | #1) | Filed: 07/14/2020<br>*Received: 07/14/2020* | Confirmation Notice |
| 14 | EXHIBIT(S) - A (Motion #1)<br>*Summons and Complaint* | Murtha, K.<br>Filed: 07/14/2020<br>*Received: 07/14/2020* | **Processed**<br>Confirmation Notice |
| 15 | EXHIBIT(S) - B (Motion #1)<br>*E/O Knipping Diaz and Pegasus Answer* | Murtha, K.<br>Filed: 07/14/2020<br>*Received: 07/14/2020* | **Processed**<br>Confirmation Notice |
| 16 | EXHIBIT(S) - C (Motion #1)<br>*Sky Acres Answer* | Murtha, K.<br>Filed: 07/14/2020<br>*Received: 07/14/2020* | **Processed**<br>Confirmation Notice |
| 17 | EXHIBIT(S) - D (Motion #1)<br>*Appointment of Barbara Bocker E/O Gerard Bocker* | Murtha, K.<br>Filed: 07/14/2020<br>*Received: 07/14/2020* | **Processed**<br>Confirmation Notice |
| 18 | EXHIBIT(S) - E (Motion #1)<br>*Corporate Searches* | Murtha, K.<br>Filed: 07/14/2020<br>*Received: 07/14/2020* | **Processed**<br>Confirmation Notice |
| 19 | EXHIBIT(S) - F (Motion #1)<br>*Proposed Summons and Amended Complaint* | Murtha, K.<br>Filed: 07/14/2020<br>*Received: 07/14/2020* | **Processed**<br>Confirmation Notice |
| 20 | RJI -RE: NOTICE OF MOTION (Motion #1) | Murtha, K.<br>Filed: 07/14/2020<br>*Received: 07/14/2020* | **Processed**<br>Confirmation Notice |
| 21 | NOTICE OF APPEARANCE (PRE RJI) | Wexler, F.<br>Filed: 07/20/2020<br>*Received: 07/20/2020* | **Processed**<br>Confirmation Notice |
| 22 | ORDER ( PROPOSED ) (Motion #1) | Murtha, K.<br>Filed: 08/28/2020<br>*Received: 08/28/2020* | **Processed**<br>Confirmation Notice |
| 23 | EXHIBIT(S) - F (Motion #1)<br>*Correcting typo errors in motion exhibit* | Cascione, T.<br>Filed: 09/24/2020<br>*Received: 09/24/2020* | **Processed**<br>Confirmation Notice |
| 24 | ORDER - OTHER (Motion #1)<br>*Conditional Order of Dismissal signed by the Hon. Hal B. Greenwald, J.S.C. on October 1, 2020.* | Court User<br>Filed: 10/02/2020<br>*Received: 10/01/2020* | **Processed**<br>Confirmation Notice |
| 25 | EXHIBIT(S) - F (Motion #1)<br>*corrected as per Conditional Order* | Murtha, K.<br>Filed: 10/02/2020<br>*Received: 10/02/2020* | **Processed**<br>Confirmation Notice |
| 26 | EXHIBIT(S) - G (Motion #1)<br>*Copy of death certificate (redacted)*<br>**Redacted** *per 22 NYCRR §202.5(e)* | Murtha, K.<br>Filed: 10/02/2020<br>*Received: 10/02/2020* | **Processed**<br>Confirmation Notice |
| 27 | NOTICE OF MOTION (Motion #2) | Murtha, K.<br>Filed: 10/28/2020<br>*Received: 10/28/2020* | **Processed**<br>Confirmation Notice |
| 28 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #2) | Murtha, K.<br>Filed: 10/28/2020<br>*Received: 10/28/2020* | **Processed**<br>Confirmation Notice |
| 29 | EXHIBIT(S) - A (Motion #2)<br>*Pleadings* | Murtha, K.<br>Filed: 10/28/2020<br>*Received: 10/28/2020* | **Processed**<br>Confirmation Notice |
| 30 | EXHIBIT(S) - B (Motion #2)<br>*Wolk Affidavit and Certificate in Good Standing* | Murtha, K.<br>Filed: 10/28/2020<br>*Received: 10/28/2020* | **Processed**<br>Confirmation Notice |
| 31 | EXHIBIT(S) - C (Motion #2)<br>*Miska Affidavit and Certificates in Good Standing* | Murtha, K.<br>Filed: 10/28/2020<br>*Received: 10/28/2020* | **Processed**<br>Confirmation Notice |
| 32 | EXHIBIT(S) - D (Motion #2)<br>*Devers Affidavit and Certificates in Good Standing* | Murtha, K.<br>Filed: 10/28/2020<br>*Received: 10/28/2020* | **Processed**<br>Confirmation Notice |
| 33 | NOTICE OF MOTION (Motion #3)<br>*Motion to Consolidation Actions* | Ricci, D.<br>Filed: 11/25/2020<br>*Received: 11/25/2020* | **Processed**<br>Confirmation Notice |
| 34 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #3) | Ricci, D.<br>Filed: 11/25/2020<br>*Received: 11/25/2020* | **Processed**<br>Confirmation Notice |

| | | | |
|---|---|---|---|
| | #1) | Filed: 07/14/2020<br>Received: 07/14/2020 | Confirmation Notice |
| 14 | EXHIBIT(S) - A (Motion #1)<br>*Summons and Complaint* | Murtha, K.<br>Filed: 07/14/2020<br>Received: 07/14/2020 | **Processed**<br>Confirmation Notice |
| 15 | EXHIBIT(S) - B (Motion #1)<br>*E/O Knipping Diaz and Pegasus Answer* | Murtha, K.<br>Filed: 07/14/2020<br>Received: 07/14/2020 | **Processed**<br>Confirmation Notice |
| 16 | EXHIBIT(S) - C (Motion #1)<br>*Sky Acres Answer* | Murtha, K.<br>Filed: 07/14/2020<br>Received: 07/14/2020 | **Processed**<br>Confirmation Notice |
| 17 | EXHIBIT(S) - D (Motion #1)<br>*Appointment of Barbara Bocker E/O Gerard Bocker* | Murtha, K.<br>Filed: 07/14/2020<br>Received: 07/14/2020 | **Processed**<br>Confirmation Notice |
| 18 | EXHIBIT(S) - E (Motion #1)<br>*Corporate Searches* | Murtha, K.<br>Filed: 07/14/2020<br>Received: 07/14/2020 | **Processed**<br>Confirmation Notice |
| 19 | EXHIBIT(S) - F (Motion #1)<br>*Proposed Summons and Amended Complaint* | Murtha, K.<br>Filed: 07/14/2020<br>Received: 07/14/2020 | **Processed**<br>Confirmation Notice |
| 20 | RJI -RE: NOTICE OF MOTION (Motion #1) | Murtha, K.<br>Filed: 07/14/2020<br>Received: 07/14/2020 | **Processed**<br>Confirmation Notice |
| 21 | NOTICE OF APPEARANCE (PRE RJI) | Wexler, F.<br>Filed: 07/20/2020<br>Received: 07/20/2020 | **Processed**<br>Confirmation Notice |
| 22 | ORDER ( PROPOSED ) (Motion #1) | Murtha, K.<br>Filed: 08/28/2020<br>Received: 08/28/2020 | **Processed**<br>Confirmation Notice |
| 23 | EXHIBIT(S) - F (Motion #1)<br>*Correcting typo errors in motion exhibit* | Cascione, T.<br>Filed: 09/24/2020<br>Received: 09/24/2020 | **Processed**<br>Confirmation Notice |
| 24 | ORDER - OTHER (Motion #1)<br>*Conditional Order of Dismissal signed by the Hon. Hal B. Greenwald, J.S.C. on October 1, 2020.* | Court User<br>Filed: 10/02/2020<br>Received: 10/01/2020 | **Processed**<br>Confirmation Notice |
| 25 | EXHIBIT(S) - F (Motion #1)<br>*corrected as per Conditional Order* | Murtha, K.<br>Filed: 10/02/2020<br>Received: 10/02/2020 | **Processed**<br>Confirmation Notice |
| 26 | EXHIBIT(S) - G (Motion #1)<br>*Copy of death certificate (redacted)*<br>**Redacted** *per 22 NYCRR §202.5(e)* | Murtha, K.<br>Filed: 10/02/2020<br>Received: 10/02/2020 | **Processed**<br>Confirmation Notice |
| 27 | NOTICE OF MOTION (Motion #2) | Murtha, K.<br>Filed: 10/28/2020<br>Received: 10/28/2020 | **Processed**<br>Confirmation Notice |
| 28 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #2) | Murtha, K.<br>Filed: 10/28/2020<br>Received: 10/28/2020 | **Processed**<br>Confirmation Notice |
| 29 | EXHIBIT(S) - A (Motion #2)<br>*Pleadings* | Murtha, K.<br>Filed: 10/28/2020<br>Received: 10/28/2020 | **Processed**<br>Confirmation Notice |
| 30 | EXHIBIT(S) - B (Motion #2)<br>*Wolk Affidavit and Certificate in Good Standing* | Murtha, K.<br>Filed: 10/28/2020<br>Received: 10/28/2020 | **Processed**<br>Confirmation Notice |
| 31 | EXHIBIT(S) - C (Motion #2)<br>*Miska Affidavit and Certificates in Good Standing* | Murtha, K.<br>Filed: 10/28/2020<br>Received: 10/28/2020 | **Processed**<br>Confirmation Notice |
| 32 | EXHIBIT(S) - D (Motion #2)<br>*Devers Affidavit and Certificates in Good Standing* | Murtha, K.<br>Filed: 10/28/2020<br>Received: 10/28/2020 | **Processed**<br>Confirmation Notice |
| 33 | NOTICE OF MOTION (Motion #3)<br>*Motion to Consolidation Actions* | Ricci, D.<br>Filed: 11/25/2020<br>Received: 11/25/2020 | **Processed**<br>Confirmation Notice |
| 34 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #3) | Ricci, D.<br>Filed: 11/25/2020<br>Received: 11/25/2020 | **Processed**<br>Confirmation Notice |

| # | Document | Filer | Status |
|---|----------|-------|--------|
| 35 | EXHIBIT(S) - A (Motion #3)<br>*Pleadings in Hannah Bocker Action* | Ricci, D.<br>Filed: 11/25/2020<br>*Received: 11/25/2020* | **Processed**<br>Confirmation Notice |
| 36 | EXHIBIT(S) - B (Motion #3)<br>*Pleadings in Sarah Bocker Action* | Ricci, D.<br>Filed: 11/25/2020<br>*Received: 11/25/2020* | **Processed**<br>Confirmation Notice |
| 37 | EXHIBIT(S) - C (Motion #3)<br>*Pleadings in Pratt Action* | Ricci, D.<br>Filed: 11/25/2020<br>*Received: 11/25/2020* | **Processed**<br>Confirmation Notice |
| 38 | EXHIBIT(S) - D (Motion #3)<br>*Pleadings in Tio Action* | Ricci, D.<br>Filed: 11/25/2020<br>*Received: 11/25/2020* | **Processed**<br>Confirmation Notice |
| 39 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #3) | Ricci, D.<br>Filed: 11/25/2020<br>*Received: 11/25/2020* | **Processed**<br>Confirmation Notice |
| 40 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #3) | Wexler, F.<br>Filed: 12/09/2020<br>*Received: 12/09/2020* | **Processed**<br>Confirmation Notice |
| 41 | EXHIBIT(S) - 1 (Motion #3)<br>*News Article* | Wexler, F.<br>Filed: 12/09/2020<br>*Received: 12/09/2020* | **Processed**<br>Confirmation Notice |
| 42 | EXHIBIT(S) - 2 (Motion #3)<br>*Copy of Docket in Action 2* | Wexler, F.<br>Filed: 12/09/2020<br>*Received: 12/09/2020* | **Processed**<br>Confirmation Notice |
| 43 | EXHIBIT(S) - 3 (Motion #3)<br>*Affidavit of Service in Action 2* | Wexler, F.<br>Filed: 12/09/2020<br>*Received: 12/09/2020* | **Processed**<br>Confirmation Notice |
| 44 | MEMORANDUM OF LAW IN OPPOSITION (Motion #3) | Wexler, F.<br>Filed: 12/09/2020<br>*Received: 12/09/2020* | **Processed**<br>Confirmation Notice |
| 45 | AFFIDAVIT (Motion #3)<br>*Affidavit of Service* | Wexler, F.<br>Filed: 12/09/2020<br>*Received: 12/09/2020* | **Processed**<br>Confirmation Notice |
| 46 | DECISION + ORDER ON MOTION (Motion #1) | Court User<br>Filed: 01/11/2021<br>*Received: 01/08/2021* | **Processed**<br>Confirmation Notice |
| 47 | NOTICE OF ENTRY (Motion #1) | Murtha, K.<br>Filed: 01/11/2021<br>*Received: 01/11/2021* | **Processed**<br>Confirmation Notice |
| 48 | DEMAND FOR: | Murtha, K.<br>Filed: 01/14/2021<br>*Received: 01/14/2021* | **Processed**<br>Confirmation Notice |
| 49 | ORDER - OTHER<br>*Short Form Order* | Court User<br>Filed: 01/26/2021<br>*Received: 01/22/2021* | **Processed**<br>Confirmation Notice |
| 50 | ANSWER | Wexler, F.<br>Filed: 01/22/2021<br>*Received: 01/22/2021* | **Processed**<br>Confirmation Notice |
| 51 | NOTICE OF ENTRY (Motion #2) | Murtha, K.<br>Filed: 01/28/2021<br>*Received: 01/28/2021* | **Processed**<br>Confirmation Notice |
| 52 | DEMAND FOR:<br>*Notice to Produce* | Murtha, K.<br>Filed: 01/28/2021<br>*Received: 01/28/2021* | **Processed**<br>Confirmation Notice |
| 53 | ANSWER<br>*Answer and Affirmative Defenses* | Ricci, D.<br>Filed: 02/02/2021<br>*Received: 02/02/2021* | **Processed**<br>Confirmation Notice |
| 54 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*AFFIDAVIT OF SERVICE* | Ricci, D.<br>Filed: 02/02/2021<br>*Received: 02/02/2021* | **Processed**<br>Confirmation Notice |
| 55 | DECISION + ORDER ON MOTION (Motion #3) | Court User<br>Filed: 04/12/2021<br>*Received: 04/08/2021* | **Processed**<br>Confirmation Notice |
| 56 | DECISION + ORDER ON MOTION (Motion #3)<br>*corrected decision and order* | Court User<br>Filed: 05/10/2021<br>*Received: 05/07/2021* | **Processed**<br>Confirmation Notice |

| # | Document | Filer | Filed / Received | Status |
|---|---|---|---|---|
| 35 | EXHIBIT(S) - A (Motion #3)<br>Pleadings in Hannah Bocker Action | Ricci, D. | Filed: 11/25/2020<br>Received: 11/25/2020 | Processed<br>Confirmation Notice |
| 36 | EXHIBIT(S) - B (Motion #3)<br>Pleadings in Sarah Bocker Action | Ricci, D. | Filed: 11/25/2020<br>Received: 11/25/2020 | Processed<br>Confirmation Notice |
| 37 | EXHIBIT(S) - C (Motion #3)<br>Pleadings in Pratt Action | Ricci, D. | Filed: 11/25/2020<br>Received: 11/25/2020 | Processed<br>Confirmation Notice |
| 38 | EXHIBIT(S) - D (Motion #3)<br>Pleadings in Tio Action | Ricci, D. | Filed: 11/25/2020<br>Received: 11/25/2020 | Processed<br>Confirmation Notice |
| 39 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #3) | Ricci, D. | Filed: 11/25/2020<br>Received: 11/25/2020 | Processed<br>Confirmation Notice |
| 40 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #3) | Wexler, F. | Filed: 12/09/2020<br>Received: 12/09/2020 | Processed<br>Confirmation Notice |
| 41 | EXHIBIT(S) - 1 (Motion #3)<br>News Article | Wexler, F. | Filed: 12/09/2020<br>Received: 12/09/2020 | Processed<br>Confirmation Notice |
| 42 | EXHIBIT(S) - 2 (Motion #3)<br>Copy of Docket in Action 2 | Wexler, F. | Filed: 12/09/2020<br>Received: 12/09/2020 | Processed<br>Confirmation Notice |
| 43 | EXHIBIT(S) - 3 (Motion #3)<br>Affidavit of Service in Action 2 | Wexler, F. | Filed: 12/09/2020<br>Received: 12/09/2020 | Processed<br>Confirmation Notice |
| 44 | MEMORANDUM OF LAW IN OPPOSITION (Motion #3) | Wexler, F. | Filed: 12/09/2020<br>Received: 12/09/2020 | Processed<br>Confirmation Notice |
| 45 | AFFIDAVIT (Motion #3)<br>Affidavit of Service | Wexler, F. | Filed: 12/09/2020<br>Received: 12/09/2020 | Processed<br>Confirmation Notice |
| 46 | DECISION + ORDER ON MOTION (Motion #1) | Court User | Filed: 01/11/2021<br>Received: 01/08/2021 | Processed<br>Confirmation Notice |
| 47 | NOTICE OF ENTRY (Motion #1) | Murtha, K. | Filed: 01/11/2021<br>Received: 01/11/2021 | Processed<br>Confirmation Notice |
| 48 | DEMAND FOR: | Murtha, K. | Filed: 01/14/2021<br>Received: 01/14/2021 | Processed<br>Confirmation Notice |
| 49 | ORDER - OTHER<br>Short Form Order | Court User | Filed: 01/26/2021<br>Received: 01/22/2021 | Processed<br>Confirmation Notice |
| 50 | ANSWER | Wexler, F. | Filed: 01/22/2021<br>Received: 01/22/2021 | Processed<br>Confirmation Notice |
| 51 | NOTICE OF ENTRY (Motion #2) | Murtha, K. | Filed: 01/28/2021<br>Received: 01/28/2021 | Processed<br>Confirmation Notice |
| 52 | DEMAND FOR:<br>Notice to Produce | Murtha, K. | Filed: 01/28/2021<br>Received: 01/28/2021 | Processed<br>Confirmation Notice |
| 53 | ANSWER<br>Answer and Affirmative Defenses | Ricci, D. | Filed: 02/02/2021<br>Received: 02/02/2021 | Processed<br>Confirmation Notice |
| 54 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AFFIDAVIT OF SERVICE | Ricci, D. | Filed: 02/02/2021<br>Received: 02/02/2021 | Processed<br>Confirmation Notice |
| 55 | DECISION + ORDER ON MOTION (Motion #3) | Court User | Filed: 04/12/2021<br>Received: 04/08/2021 | Processed<br>Confirmation Notice |
| 56 | DECISION + ORDER ON MOTION (Motion #3)<br>corrected decision and order | Court User | Filed: 05/10/2021<br>Received: 05/07/2021 | Processed<br>Confirmation Notice |

| # | Document | Filer | Status |
|---|---|---|---|
| 57 | NOTICE OF ENTRY (Motion #3) | Wexler, F.<br>Filed: 05/26/2021<br>*Received: 05/26/2021* | Processed<br>Confirmation Notice |
| 58 | NOTICE OF DEPOSITION UPON ORAL EXAMINATION<br>*EBT of Teofil Antonio Diaz plaintiff in joined actions* | Murtha, K.<br>Filed: 06/15/2021<br>*Received: 06/15/2021* | Processed<br>Confirmation Notice |
| 59 | NOTICE OF DEPOSITION UPON ORAL EXAMINATION<br>*EBT of Eduardo Jose Tio plaintiff in joined actions* | Murtha, K.<br>Filed: 06/15/2021<br>*Received: 06/15/2021* | Processed<br>Confirmation Notice |
| 60 | BILL OF PARTICULARS<br>*BP- B. Bocker to Sky Acres/Hergin Aviation* | Cascione, T.<br>Filed: 07/06/2021<br>*Received: 07/06/2021* | Processed<br>Confirmation Notice |
| 61 | BILL OF PARTICULARS<br>*BP.Hannah Bocker to Skyacres/Hergin Aviation* | Cascione, T.<br>Filed: 07/08/2021<br>*Received: 07/08/2021* | Processed<br>Confirmation Notice |
| 62 | BILL OF PARTICULARS<br>*BP H. Bocker to Pegasus, E/O Knipping* | Cascione, T.<br>Filed: 07/08/2021<br>*Received: 07/08/2021* | Processed<br>Confirmation Notice |
| 63 | BILL OF PARTICULARS<br>*BP B. Bocker to Pegasus, E/O Knipping* | Cascione, T.<br>Filed: 07/08/2021<br>*Received: 07/08/2021* | Processed<br>Confirmation Notice |
| 64 | LETTER/CORRESPONDENCE FROM COURT | Court User<br>Filed: 07/13/2021<br>*Received: 07/13/2021* | Processed<br>Confirmation Notice |
| 65 | NOTICE OF DEPOSITION UPON ORAL EXAMINATION | Miska, M. (Pro Hac / Pro Se)<br>Filed: 07/21/2021<br>*Received: 07/21/2021* | Processed<br>Confirmation Notice |
| 66 | PRELIMINARY CONFERENCE ORDER (PROPOSED) | Murtha, K.<br>Filed: 07/30/2021<br>*Received: 07/30/2021* | Processed<br>Confirmation Notice |
| 67 | ORDER - PRELIMINARY CONFERENCE | | *Returned For Correction* |
| 68 | ORDER - PRELIMINARY CONFERENCE | Court User<br>Filed: 08/11/2021<br>*Received: 08/09/2021* | Processed<br>Confirmation Notice |
| 69 | RESPONSE TO DEMAND<br>*Response to PC Order* | Wexler, F.<br>Filed: 08/13/2021<br>*Received: 08/13/2021* | Processed<br>Confirmation Notice |
| 70 | EXHIBIT(S) - 1<br>*Policy of Insurance* | Wexler, F.<br>Filed: 08/13/2021<br>*Received: 08/13/2021* | Processed<br>Confirmation Notice |
| 71 | EXHIBIT(S) - 2<br>*Party Statements* | Wexler, F.<br>Filed: 08/13/2021<br>*Received: 08/13/2021* | Processed<br>Confirmation Notice |
| 72 | EXHIBIT(S) - 3<br>*Accident Reports* | Wexler, F.<br>Filed: 08/13/2021<br>*Received: 08/13/2021* | Processed<br>Confirmation Notice |
| 73 | RESPONSE TO DEMAND<br>*Bocker plaintiffs' response to PC Stipulation and Order* | Murtha, K.<br>Filed: 08/31/2021<br>*Received: 08/31/2021* | Processed<br>Confirmation Notice |
| 74 | EXHIBIT(S) - A<br>*Documents and Photos* | Murtha, K.<br>Filed: 08/31/2021<br>*Received: 08/31/2021* | Processed<br>Confirmation Notice |
| 75 | ANSWER | Roche, P.<br>Filed: 09/14/2021 | Processed<br>Confirmation Notice |

