SUPPLEMENTAL EXHIBIT TO CONTINENTAL'S MOTION FOR PROTECTIVE ORDER, DKT. 36 – PROPOSED ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HANNA BOCKER, SARAH BOCKER and BARBARA BOCKER as Administrator of the Estate of GERARD BOCKER and BARBARA BOCKER, Individually )<br><br>Plaintiff,<br><br>v.<br><br>HARTZELL ENGINE TECHNOLOGIES, CONTINENTAL AEROSPACE TECHNOLOGIES, INC. f/k/a CONTINENTAL MOTORS, INC.<br><br>Defendants. | C.A. No. 1:21-cv-01174- MN-CJB |

## ORDER RESOLVING DISCOVERY DISPUTE OVER TIMING OF WRECKAGE INSPECTION

AND NOW, on this _____ day of March, 2022, upon review of the parties' submissions and consideration of the issues presented to this Court, it is hereby ORDERED AND DECREED that Continental's Motion for Protective Order is GRANTED. Plaintiffs are prohibited from proceeding with any inspection of the aircraft and/or engine wreckage on March 23-24, 2022 in Georgia. The Parties are directed to select alternate dates for such inspection within the next 90 days unless otherwise agreed.

BY THE COURT:

_____