# EXHIBIT A

| Date | Description |
|---|---|
| 12/10/2021 | Plaintiffs' letter to all Interested Parties noticing inspection at Applied Technical Services, Inc. (ATS) on January 17-18, 2022. |
| 12/13/2021 | Continental sends letter objecting to inspection due to *availability* on selected dates |
| 12/16/2021 | Plaintiffs' email to Continental offering new dates (Feb. 9-10) to accommodate Continental's scheduling conflict |
| 12/21/2021 | Textron's Counsel email objecting to inspection while MTD is pending, however, "assuming all parties acknowledge and agree, in writing, that Textron would not be waiving its personal jurisdiction objection by participating in a wreckage inspection. Not available on Feb. dates, but offer March 21-24. |
| **1/10/2022** | **Continental email confirming Continental's experts are available on the March 21-24 dates; offering same conditions as Textron above.** |
| **1/12/2022** | **Plaintiffs' email to Continental agreeing that Continental's "participation in the inspection will not constitute waiver of your challenge to personal jurisdiction".** |
| 1/20/2022 | Plaintiffs' letter to all Interested Parties rescheduling inspection for March 23-24, 2022 |
| 1/25/2022 | Continental email stating they may object; and requesting a "specific description of the parts and components that are being sent to ATS" |
| 2/2/2022 | Plaintiffs' email to Continental detailing parts and components to be shipped to ATS |
| 3/2/2022 | Continental waits a month, then sends email objecting to March 23-24 inspection; requesting that plaintiffs agree to reschedule |
| 3/2/2022 | Plaintiffs' email to Continental stating re-scheduling inspection will "unnecessarily impede our investigation into this accident" |
| 3/2/2022 | Continental email stating their experts could be available on March 23-24; offer time to meet and confer to discuss discovery dispute |
| 3/2/2022 | Plaintiffs' email to Continental stating availability to discuss; advising of scheduling orders in other jurisdictions |
| 3/10/2022 | Continental letter to ATS advising of dispute |
| 3/11/22 | Plaintiffs' email to All Counsel advising of discovery conference on March 21, 2022 in Delaware action |