**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HANNAH BOCKER, SARAH BOCKER and BARBARA BOCKER as Administrator of the Estate of GERARD BOCKER and BARBARA BOCKER, Individually | : : : : : | |
| Plaintiffs, | : : | C.A. NO.  21-cv-1174-MN-CJB |
| v. | : : | |
| HARTZELL ENGINE TECHNOLOGIES LLC and CONTINENTAL AEROSPACE TECHNOLOGIES, INC. f/k/a CONTINENTAL MOTORS, INC. | : : : : : : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## PLAINTIFFS' NOTICE REGARDING JUDICIAL ACTION IN RELATED MATTER

Plaintiffs, through the undersigned counsel, hereby provide the Order dated April 12, 2022 from the Supreme Court of New York, Dutchess County, which denied defendant Continental Motors, Inc. n/k/a Continental Aerospace Technologies, Inc.'s Motion to Dismiss that action on the grounds of personal jurisdiction. (Exhibit A).  The subject of the motion to dismiss was brought up during the hearing on Continental's motion for a protective order relating to the inspection which took place on March 23-24, 2022 in Atlanta, Georgia.  As it relates to the claims in this action, a similar motion to dismiss on the grounds of jurisdiction remains pending by Hartzell Engine Technologies in New York which has yet to be decided.

Dated: April 18, 2022

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801

Telephone: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Michael S. Miska (admitted *pro hac vice*)
The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103
Telephone: (215) 545-4220
Fax: (215) 545-5252
mmiska@airlaw.com

*Attorneys for Plaintiffs*